ROSE KURMAN, TRADING AS TRI-STATE AUTO BODY v. CITY OF NEWARK AND DEWEY'S GARAGE, INC.

October 2, 1973. Petition for certification denied.

ROSE H. BOLTAS v. DONALD SHEARER.

October 2, 1973. Petition for certification denied.

FRANK RYAN v.
MAYOR AND COUNCIL OF BOROUGH OF DEMAREST.

October 2, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. JOHN DEINERT.

October 2, 1973. Petition for certification denied.

JERSEY CITY REDEVELOPMENT AGENCY v.
GEORGE A. WEISENFELD.

October 2, 1973. Petition for certification denied. (See 124 *N. J. Super.* 291)

ANNA MERGO v. ART WIRE AND STAMPING COMPANY.

October 2, 1973. Petition for certification denied.